UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | |
|---|---|
| GARY LAWSON, *on behalf of himself and all others similarly situated*, | ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiff, | |
| v. | |
| BHG XXXIV, LLC, *et al.*, | |
| Defendants. | |

Civil Action No. 6:22-CV-150-CHB-EBA

**ORDER GRANTING MOTION**

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Defendants' Unopposed Motion to Reassign and Consolidate Related Cases Pursuant to Local Rule 40.1(B) and Fed. R. Civ. P. 42(A), and to Extend Existing Deadline. [R. 19]. Having reviewed the Motion, and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** as follows:

1. The Unopposed Motion to Reassign and Consolidate Related Cases Pursuant to Local Rule 40.1(B) and Fed. R. Civ. P. 42(A), and to Extend Existing Deadline [**R. 19**] is **GRANTED**.

2. The Court finds Lawson v. BHG XXXIV, LLC, No. 6:22-cv-00150 (the "Lawson Action"), and Smith v. BHG XXXIV, LLC, No. 6:22-cv-00164 (the "Smith Action"), are related cases within the meaning of Local Rule 40.1(b).

3. Pursuant to Local Rule 40.1(b) and General Order No. 22-06(8), the Court is willing to accept reassignment of the Smith Action, No. 6:22-cv-00164.

4. Following reassignment, pursuant to Fed. R. Civ. P. 42(a), the Court hereby consolidates the Lawson Action and the Smith Action, and any later-filed actions in this Court related to the same data security incident (the "Related Actions").

5. All future filings shall be made in the docket of the first-filed action, 6:22-cv-00150, under the caption "In re BHG Data Security Litigation" (referred to hereinafter as the "Consolidated Action").

6. No further filings shall be made in the Smith Action, which shall be administratively closed. All pleadings therein maintain their legal relevance until the filing of a consolidated amended complaint in the Consolidated Action.

7. Plaintiffs shall file a consolidated amended complaint in the Consolidated Action within thirty (30) days of this Order. Defendants shall have thirty (30) days from the date on which Plaintiffs file the consolidated amended complaint to file their response thereto.[1]

8. This Order shall apply to any later-filed Related Actions pending in this Court.

This the 21st day of October, 2022.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF KENTUCKY

---

[1] Defendants also request a thirty-day extension of time to respond to the Lawson complaint. [R. 19, p. 4]. The Court finds such relief unnecessary given the present consolidation of the actions and Plaintiff's forthcoming amended complaint. The Court will therefore deny the requested relief as moot. Should Defendants seek additional relief on this issue, they may file an appropriate motion.