UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | |
|---|---|
| GARY LAWSON, *on behalf of himself and all others similarly situated, et al.*, | ) ) ) ) Civil Action No. 6:22-CV-150-CHB-EBA ) ) ) **ORDER OF DISMISSAL WITHOUT** ) **PREJUDICE** ) ) ) |
| Plaintiffs, | |
| v. | |
| BHG XXXIV, LLC, *et al.*, | |
| Defendant. | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the plaintiffs' Notice of Voluntary Dismissal Without Prejudice Pursuant to FRCP 41(a)(1)(A)(i) [R. 53] of each of plaintiffs' claims against all parties in this matter, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Accordingly, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. This matter is **DISMISSED WITHOUT PREJUDICE** as to all defendants, all dates and deadlines are hereby **VACATED**, and this matter is **STRICKEN** from the Court's active docket, with each party to bear its own costs and fees.

This the 30th day of April, 2024.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY